IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ZEBROSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHANNA GOUAK *et al.* | : | NO. 09-1857 |

**ORDER**

AND NOW, this 9th day of September 2009, upon consideration of Defendants' Motion to Dismiss and the response thereto,

It is ORDERED that:

The Motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
Fullam,           Sr. J.