IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ZEBROSKI : CIVIL ACTION
:
v. :
:
:
JOHANNA GOUAK *et al.* : NO. 09-1857

**ORDER**

AND NOW, this 29th day of March 2010, upon consideration of the Plaintiff's Motion for Leave to File a Supplemental Complaint and the response thereto, it is ORDERED that:

The Motion is GRANTED. Within 20 days, the plaintiff may file an Amended Complaint that sets forth all of her claims in one document.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam,    Sr. J.