**EXHIBIT A**

## DECLARATION OF ELLIOT B. PLATT

1. I am counsel to Katherine Zebroski in this case, and I have been her counsel on the issues in this case since the inception of the case.

2. I graduated from the University of Pennsylvania Law School in 1966, and I was admitted to practice before the Pennsylvania Courts in 1968.

3. I am admitted to practice before the Pennsylvania Supreme Court, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court. I have been admitted *pro haec vice* in the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the District of Delaware.

4. From 1967 to 1982, I was employed at Community Legal Services, Inc., in Philadelphia, Pennsylvania, engaged in the civil practice of law on behalf of indigent persons. For most of the last thirteen years that I was at Community Legal Services, Inc., I supervised other attorneys, first as Managing Attorney of neighborhood law offices, then as Chief of Litigation, supervising Managing Attorneys, and then as head of a unit that provided services to clients in prisons, mental hospitals and institutions for the developmentally disabled. I was also involved in hiring new attorneys and in providing assistance to all attorneys in neighborhood offices in substantive, procedural and ethical issues.

5. From 1982 to the present, I have been engaged in the private practice of law. Except for a period from September, 1988 to June, 1989, when I was associated with a firm, I have been a sole practitioner since 1982. My practice includes a wide variety of civil litigation, with a high percentage of cases involving employment issues. Most of my employment practice is on behalf of employees, but I have represented employers both in litigation and in counseling.

6. I have tried cases in the Courts of Common Pleas in Philadelphia, Montgomery, Bucks and Delaware Counties, Pennsylvania (including in the Orphans' Courts in Philadelphia and Montgomery Counties), in the Commonwealth Court of Pennsylvania, and in the United States District Courts for the Eastern District of Pennsylvania, for the Middle District of Pennsylvania and for the District of New Jersey. I have represented a client in the United States District Court for the District of Delaware. I have argued appeals in the Commonwealth Court of Pennsylvania, the Superior Court of Pennsylvania, the Supreme Court of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Federal Circuit. I have filed three petitions for Writ of Certiorari in the Supreme Court of the United States.

7. I serve as an Arbitrator for the Philadelphia County Court of Common Pleas, for the United States District Court for the Eastern District of Pennsylvania, and for the Financial Industry Regulatory Authority (FINRA).

8. My practice has included many complex issues in various substantive areas, including employment law, the Employee Retirement Income and Security Act (ERISA), and the Racketeer Influenced and Corrupt Organizations Act (RICO).

9. I have been member of the faculty of the Pennsylvania Bar Institute program presented in conjunction with this Court on Litigating Employment Discrimination Cases.

10. I am a member of the panel of attorneys who are available for appointment by this Court to represent *pro se* plaintiffs in employment cases.

11. I am a member of the National Employment Lawyers Association and of its Eastern Pennsylvania Chapter.

12. In 2005, I was named a Pennsylvania Super Lawyer.

13. My fee in this case is contingent on Ms. Zebroski's success.

14. Attached hereto as Exhibit 1 is a true and correct record of the time expended and the expenses incurred in representation of Ms. Zebroski in this case. It is a database of contemporaneously recorded items of time and expense.

15. Exhibit 1 has been prepared from my full record of time and expenses. It excludes activity and expenses that were clearly not related to the issues on which Ms. Zebroski prevailed.

16. All the time and expenses in Exhibit 1 were necessary for the case and were reasonably incurred. Plaintiff had to respond to a Motion to Dismiss, and to file a Motion to Compel Discovery on the wage issues. In addition, the records that Defendants produced as to Ms. Zebroski's pay were so unclear and confusing that several calculations were required to determine the amount of Ms. Zebroski's minimum wage claims. It was also necessary to take the deposition of Defendants' accountant to try to understand how Defendants calculated Ms. Zebroski's pay. Further, the evidence had to be evaluated in light of the "tip credit" provisions of the minimum wage laws.

17. The total hours set out in Exhibit 1 for time expended other than for preparing this Motion is 167.3 Reducing that number by 20% to account for the fact that Ms. Zebroski was partially successful on her claims, the total hours claimed is 133.8. At an hourly rate of $400.00, the total fee should be $53,520.00. Time spent to date on the Motion for Allowance of Counsel Fee and Costs is 6.5 hours. At $400.00 per hour, the fee for those hours is $2,600.00.

18. The total expenses set out in Exhibit 2 are $5,258.12 after excluding expense that related solely to claims on which Ms. Zebroski was not successful. They include

| | |
|---|---:|
| Filing Fee | 350.00 |
| Xerox, Kaufman, J. Procedures | 6.75 |
| Xerox, Complaint for Service | 3.15 |
| Service of Complaint | 75.00 |
| Witness Fee, F. Mayo, Dep. | 40.00 |

| | |
|---|---:|
| Witness Fee, F. Mayo Trial | 40.00 |
| Taxi to Court for Trial | 7.20 |
| Taxi to Office from Trial | 5.00 |
| Service, Mayo Dep. Subpoena | 40.00 |
| Service, Mayo Trial Subpoena | 40.00 |
| Zebroski Dep. Transcript | 914.25 |
| Xerox, Trial Exhibits | 222.04 |
| Xerox, Document Production | 63.07 |
| Gouak Deposition Transcript | 937.50 |
| Mayo Deposition Transcript | 622.50 |
| Lauinger Deposition Transcript | 735.00 |
| Projection Equipment for Trial | 1130.71 |
| Federal Express, Trial Exs. to G. Egan | 15.95 |
| Total | $5258.12 |

(Defense counsel had agreed to pay one-half the cost of the projection equipment but has not done so. This Motion seeks full payment from Defendants.) Most of those costs were required for the case irrespective of the number of claims, for example, the filing fee, service fees, etc. The Gouak, Lauinger and Zebroski depositions covered all the issues in the case. Therefore, it is appropriate to reduce the cost of those depositions, $2,586.75, by 20%, $517.35, to $2,069.40. The total costs claimed is $5,258.12 minus $517.35, for a total of $4,740.77.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2011

                                                         s/ Elliot B. Platt
                                                        ELLIOT B. PLATT

**EXHIBIT 1**

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 01/06/09 | Conference | With Client | 1.8 | 400.00 | 720.00 |
| 02/06/09 | Conference | With Client | 1.8 | 400.00 | 720.00 |
| 02/11/09 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 02/11/09 | Legal Research | Re FLSA and Other Claims | 1.3 | 400.00 | 520.00 |
| 02/12/09 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 02/16/09 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 02/23/09 | Telephone Conf. | Client | 0.4 | 400.00 | 160.00 |
| 02/23/09 | File Review | Computation of Pay | 0.4 | 400.00 | 160.00 |
| 02/25/09 | Fact Research | Calculate Wage and FLSA Claims | 1.3 | 400.00 | 520.00 |
| 03/03/09 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 03/04/09 | Legal Research | FLSA Statute and Regs. | 1.2 | 400.00 | 480.00 |
| 03/05/09 | File Review | Review and Analysis of FLSA Claims | 1.4 | 400.00 | 560.00 |
| 03/11/09 | Conference | With Client (75$ re FLSA) | 0.8 | 400.00 | 320.00 |
| 03/12/09 | Telephone Conf. | Client (50% FLSA) | 0.3 | 400.00 | 120.00 |
| 03/19/09 | Fact Research | Calclulate Hours (FLSA) | 0.3 | 400.00 | 120.00 |
| 04/17/09 | Draft | Complaint (50%) | 0.5 | 400.00 | 200.00 |
| 04/22/09 | Draft | Complaint; Calclulate Min. Wage Damages | 0.6 | 400.00 | 240.00 |
| 04/23/09 | Legal Research | Re Federal and State Minimum Wage Damages; Draft Complaint re Min. Wage | 0.6 | 400.00 | 240.00 |

Total

**Page 1**

# ELLIOT B. PLATT
ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 06/10/09 | Review | Motion to Dismiss (Wage Payment and Collection Law) | 0.3 | 400.00 | 120.00 |
| 06/17/09 | Legal Research | and Draft Resp. to Motion, FLSA Issues | 1 | 400.00 | 400.00 |
| 06/18/09 | Legal Research | and Draft Resp. to Motion to Dismiss, FLSA Issues | 0.2 | 400.00 | 80.00 |
| 06/18/09 | Legal Research | and Draft Resp. to Motion to Dismiss, Wage Payment Law Issues | 1.2 | 400.00 | 480.00 |
| 06/19/09 | Legal Research | and Draft Resp. to Motion to Dismiss, Wage Payment Law Issues | 1.1 | 400.00 | 440.00 |
| 06/24/09 | Telephone Conf. | J. Ogren - re FLSA Claim | 0.3 | 400.00 | 120.00 |
| 06/25/09 | Telephone Conf. | Client - re FLSA Claim | 0.1 | 400.00 | 40.00 |
| 07/15/09 | Telephone Conf. | Client | 0.4 | 400.00 | 160.00 |
| 07/20/09 | Review | G. Bochetto Letter | 0.2 | 400.00 | 80.00 |
| 07/20/09 | Correspondence | | 0.2 | 400.00 | 80.00 |
| 07/22/09 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 07/30/09 | Telephone Conf. | With Client re FLSA | 0.1 | 400.00 | 40.00 |
| 08/11/09 | Telephone Conf. | J. Ogren | 0.3 | 400.00 | 120.00 |
| 08/13/09 | Telephone Conf. | Client - re Retaliation and FLSA | 0.3 | 400.00 | 120.00 |
| 08/14/09 | Draft | Proposed Rule 26(f) Report | 0.2 | 400.00 | 80.00 |
| 08/14/09 | Correspondence | | 0.1 | 400.00 | 40.00 |

Total

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 08/21/09 | Telephone Conf. | Client re FLSA and Retaliation | 0.3 | 400.00 | 120.00 |
| 09/04/09 | Telephone Conf. | Client | 0.4 | 400.00 | 160.00 |
| 09/10/09 | Review | Memorandum and Order | 0.1 | 400.00 | 40.00 |
| 09/10/09 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 09/29/09 | Review | Defts' Proposed Rule 26(f) Conference Report | 0.2 | 400.00 | 80.00 |
| 10/01/09 | Telephone Conf. | J. Ogren | 0.1 | 400.00 | 40.00 |
| 10/01/09 | Draft | Rule 26(f) Report | 0.1 | 400.00 | 40.00 |
| 10/07/09 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 10/12/09 | Correspondence | | 0.1 | 400.00 | 40.00 |
| 10/19/09 | Telephone Conf. | J. Ogren re Minimum Wage | 0.3 | 400.00 | 120.00 |
| 10/21/09 | Draft | Answer to Defts' First Interrogatories re Minimum Wage | 0.2 | 400.00 | 80.00 |
| 10/21/09 | File Review | Calculations re Min. Wage Claims | 0.2 | 400.00 | 80.00 |
| 10/22/09 | Telephone Conf. | Client re Min. Wage Claims | 0.3 | 400.00 | 120.00 |
| 10/22/09 | Draft | Second Request for Production of Documents re Min. Wage | 0.2 | 400.00 | 80.00 |
| 10/23/09 | Telephone Conf. | Client re Min. Wage | 0.2 | 400.00 | 80.00 |
| 10/30/09 | Conference | With Client re Minimum Wage (total conf., 2 hours) | 0.4 | 400.00 | 160.00 |

Total

**Page 3**

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 11/11/09 | Conference | With Client re Min. Wage (Total conf., 2.2 hours) | 0.4 | 400.00 | 160.00 |
| 11/17/09 | Prepare for | Document Production re Min. Wage (Total 1.0 hour) | 0.3 | 400.00 | 120.00 |
| 11/24/09 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 11/30/09 | Telephone Conf. | With Client re Min. Wage (Total conf., 0.4 hour) | 0.2 | 400.00 | 80.00 |
| 12/07/09 | Legal Research | and Draft Discov. Mo. | 3.8 | 400.00 | 1,520.00 |
| 12/07/09 | Legal Research | and Draft Motion to Compel Discovery re Min. Wage | 3.8 | 400.00 | 1,520.00 |
| 12/08/09 | Legal Research | and Draft Discov. Mo. | 1 | 400.00 | 400.00 |
| 12/08/09 | Legal Research | and Draft Motion to Compel Discovery re Min. Wage | 1 | 400.00 | 400.00 |
| 01/19/10 | Telephone Conf. | G. Egan | 0.1 | 400.00 | 40.00 |
| 01/21/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 01/30/10 | Review Discovery Resps. | Documents from Defendants | 0.3 | 400.00 | 120.00 |
| 02/01/10 | Review Discovery Resps. | Documents from Defendants | 0.2 | 400.00 | 80.00 |
| 02/01/10 | Correspondence | Client, E-Mail | 0.1 | 400.00 | 40.00 |
| 02/01/10 | Telephone Conf. | G. Egan | 0.1 | 400.00 | 40.00 |
| 02/01/10 | Telephone Conf. | Client | 0.4 | 400.00 | 160.00 |
| 02/02/10 | Telephone Conf. | G. Egan, D. Bridgers | 0.1 | 400.00 | 40.00 |
| 02/03/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |

Total

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 02/04/10 | Telephone Conf. | D. Bridgers | 0.2 | 400.00 | 80.00 |
| 02/05/10 | Review Discovery Resps. | | 0.2 | 400.00 | 80.00 |
| 02/05/10 | Draft | Third Request for Production | 0.1 | 400.00 | 40.00 |
| 02/05/10 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 02/08/10 | Conference | With D. Bridgers and Documents | 2 | 400.00 | 800.00 |
| 02/08/10 | Telephone Conf. | Client | 0.6 | 400.00 | 240.00 |
| 02/12/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 02/12/10 | Legal Research | FLSA Retaliation | 0.3 | 400.00 | 120.00 |
| 02/15/10 | Legal Research | FLSA Retalation | 0.4 | 400.00 | 160.00 |
| 02/15/10 | Conference | With Client | 1.5 | 400.00 | 600.00 |
| 02/15/10 | Draft | Supplemental Complaint | 0.5 | 400.00 | 200.00 |
| 02/15/10 | Legal Research | Rule 15(d) | 0.2 | 400.00 | 80.00 |
| 02/16/10 | Review Discovery Resps. | | 0.1 | 400.00 | 40.00 |
| 02/16/10 | Telephone Conf. | D. Bridgers | 0.2 | 400.00 | 80.00 |
| 02/17/10 | Legal Research | Rule 15(d); Retaliation | 0.7 | 400.00 | 280.00 |
| 02/17/10 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 02/18/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 02/22/10 | Draft | Supplemental Complaint | 0.2 | 400.00 | 80.00 |
| 02/22/10 | Draft | and Research Motion re Supp'l Comp. | 1.3 | 400.00 | 520.00 |

Total

**ELLIOT B. PLATT**

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Bill To: Zebroski

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Date 04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 02/23/10 | Legal Research | and Draft Mo. re Supplemental Comp. | 1.2 | 400.00 | 480.00 |
| 02/23/10 | Correspondence | Egan | 0.1 | 400.00 | 40.00 |
| 02/23/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 03/01/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 03/02/10 | Review Discovery Resps. | Documents | 0.2 | 400.00 | 80.00 |
| 03/09/10 | Telephone Conf. | G. Egan | 0.1 | 400.00 | 40.00 |
| 03/10/10 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 03/12/10 | Review | Response to Mo. for Supp'l Comp. | 0.2 | 400.00 | 80.00 |
| 03/12/10 | Legal Research | Re Resp. to Mo. to Supp. Comp. | 0.4 | 400.00 | 160.00 |
| 03/15/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 03/15/10 | Legal Research | And Draft Reply re Supp'al Comp. | 1.2 | 400.00 | 480.00 |
| 03/16/10 | Legal Research | And Draft Reply re Supp'al Comp. | 0.9 | 400.00 | 360.00 |
| 03/18/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 03/23/10 | Draft | Deposition Notices | 0.2 | 400.00 | 80.00 |
| 03/23/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 03/23/10 | Correspondence | G. Egan | 0.1 | 400.00 | 40.00 |
| 03/31/10 | Telephone Conf. | D. Bridgers | 0.1 | 400.00 | 40.00 |
| 04/02/10 | File Review | And Dep. Preparation | 1.3 | 400.00 | 520.00 |

Total

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 04/05/10 | Prepare for | Depositions | 0.5 | 400.00 | 200.00 |
| 04/06/10 | Depositions | E. Lauinger | 4.5 | 400.00 | 1,800.00 |
| 04/07/10 | Telephone Conf. | R. Hunter (Attorney for F. Mayo) | 0.1 | 400.00 | 40.00 |
| 04/07/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 04/08/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 04/08/10 | Prepare for | Gouak Deposition | 1 | 400.00 | 400.00 |
| 04/09/10 | Depositions | J. Gouak (and Preparation; Confs. with Client) | 6.3 | 400.00 | 2,520.00 |
| 04/12/10 | Conference | Client | 2 | 400.00 | 800.00 |
| 04/13/10 | Depositions | Client; Conference with Client; Travel | 8.8 | 400.00 | 3,520.00 |
| 04/15/10 | Telephone Conf. | J. Smith | 0.1 | 400.00 | 40.00 |
| 04/16/10 | Prepare for | and Deposition of F. Mayo | 4.7 | 400.00 | 1,880.00 |
| 04/19/10 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 04/21/10 | Telephone Conf. | G. Egan | 0.2 | 400.00 | 80.00 |
| 04/22/10 | Telephone Conf. | G. Egan | 0.5 | 400.00 | 200.00 |
| 04/26/10 | Draft | Spreadsheet of Paychecks | 1.3 | 400.00 | 520.00 |
| 04/27/10 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 04/27/10 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 04/28/10 | Telephone Conf. | G. Egan | 0.2 | 400.00 | 80.00 |
| 04/29/10 | Draft | Proposed Jury Charge | 0.8 | 400.00 | 320.00 |
| 04/29/10 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 04/29/10 | Draft | Proposed Jury Charge | 0.8 | 400.00 | 320.00 |

Total

**Page 7**

# ELLIOT B. PLATT
ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date 04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 04/30/10 | Prepare for | Trial: Damages, Research, Tel. Conf's Client | 5.2 | 400.00 | 2,080.00 |
| 05/02/10 | Draft | Proposed Jury Charge | 2.6 | 400.00 | 1,040.00 |
| 05/03/10 | Telephone Conf. | G. Egan | 0.2 | 400.00 | 80.00 |
| 05/03/10 | Legal Research | And Correspondence, E-Mail to G. Egan | 0.9 | 400.00 | 360.00 |
| 05/03/10 | Prepare for | Trial - Exhibits | 0.8 | 400.00 | 320.00 |
| 05/03/10 | Draft | Pretrial Memorandum | 0.8 | 400.00 | 320.00 |
| 05/04/10 | Prepare for | Trial - Witnesses | 2.1 | 400.00 | 840.00 |
| 05/04/10 | Prepare for | Trial - Witnesses, Exhibits | 1.2 | 400.00 | 480.00 |
| 05/05/10 | Telephone Conf. | G. Egan | 0.2 | 400.00 | 80.00 |
| 05/05/10 | Prepare for | Trial - Witnesses; Pretrial Mem. | 1.2 | 400.00 | 480.00 |
| 05/06/10 | Conference | Client | 3.3 | 400.00 | 1,320.00 |
| 05/06/10 | Prepare for | Trial - Witnesses | 2.8 | 400.00 | 1,120.00 |
| 05/07/10 | Prepare for | Trial; Telephone Confs.; Rev. Defts' Documents | 6.5 | 400.00 | 2,600.00 |
| 05/08/10 | Prepare for | Trial - Witnesses | 5 | 400.00 | 2,000.00 |
| 05/09/10 | Prepare for | Trial | 5 | 400.00 | 2,000.00 |
| 05/10/10 | Attend | Trial; Conference with Client | 7.7 | 400.00 | 3,080.00 |
| 05/10/10 | Prepare for | Trial - Witnesses | 3 | 400.00 | 1,200.00 |
| 05/11/10 | Attend | Trial; Conf. w/ Client and G. Egan | 7 | 400.00 | 2,800.00 |
| 05/11/10 | Prepare for | Trial; Telphone Conf., G. Egan | 1.2 | 400.00 | 480.00 |

Total

## ELLIOT B. PLATT
ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 05/12/10 | Attend | Trial | 7.2 | 400.00 | 2,880.00 |
| 05/12/10 | Draft | Jury Interrogatories | 0.5 | 400.00 | 200.00 |
| 05/12/10 | Prepare for | Trial | 2.3 | 400.00 | 920.00 |
| 05/13/10 | Attend | Trial | 7.5 | 400.00 | 3,000.00 |
| 05/14/10 | Attend | Trial; Conference with Client | 5.5 | 400.00 | 2,200.00 |
| 06/04/10 | Conference | Client | 1.3 | 400.00 | 520.00 |
| 06/06/10 | Legal Research | Re Wage Payment and Collection Law | 0.2 | 400.00 | 80.00 |
| 06/09/10 | Legal Research | And Draft Motion to Amend Judgment | 1.2 | 400.00 | 480.00 |
| 06/11/10 | Telephone Conf. | Client | 0.1 | 400.00 | 40.00 |
| 06/17/10 | Draft | Motion re Transcript | 0.3 | 400.00 | 120.00 |
| 06/18/10 | Draft | Motions to Alter Judgment, to be Excused from Ordering Transcript | 0.3 | 400.00 | 120.00 |
| 07/07/10 | Legal Research | And Draft Reply re Motion to Amend Judgment | 1.5 | 400.00 | 600.00 |
| 07/08/10 | Legal Research | And Draft Reply re Motion to Amend Judgment | 0.6 | 400.00 | 240.00 |
| 07/13/10 | Telephone Conf. | Client | 0.3 | 400.00 | 120.00 |
| 02/03/11 | Telephone Conf. | Client | 0.2 | 400.00 | 80.00 |
| 04/04/11 | Legal Research | And Draft Motion for Counsel Fee | 2.1 | 400.00 | 840.00 |
| 04/06/11 | Legal Research | Re Counsel Fee Motion | 0.4 | 400.00 | 160.00 |

Total

**Page 9**

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/06/11

| Date | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 04/07/11 | Legal Research | And Draft Motion for Counsel Fee | 2.8 | 400.00 | 1,120.00 |
| 04/08/11 | Draft | Motion for Counsel Fee | 0.9 | 400.00 | 360.00 |
| 04/11/11 | Draft | Motion for Counsel Fee | 0.3 | 400.00 | 120.00 |

Total   $70,640.00

**EXHIBIT 2**

# ELLIOT B. PLATT

ATTORNEY AT LAW

Suite 1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

Telephone 215-564-5551
Fax 215-564-1357
Email ebplatt@att.net

Bill To
Zebroski

Date
04/11/11

| Date | Activity | Description | Hours | Rate | Fee |
|------|----------|-------------|-------|------|-----|
|      | Reimb Group |          |       |      |     |
| 05/01/09 |      | Filing Fee |       | 350.00 | 350.00 |
| 05/08/09 |      | Xerox, Kaufman J. Procedure, for Service |  | 6.75 | 6.75 |
| 05/08/09 |      | Xerox Complaint for Service |  | 3.15 | 3.15 |
| 05/27/09 |      | Service, Complaint |  | 75.00 | 75.00 |
| 03/24/10 |      | Witness Fee, F. Mayo, Dep. |  | 40.00 | 40.00 |
| 04/28/10 |      | Witness Fee, F. Mayo, Trial |  | 40.00 | 40.00 |
| 05/10/10 |      | Taxi to Court |  | 7.20 | 7.20 |
| 05/13/10 |      | Taxi Fare, to Office |  | 5.00 | 5.00 |
| 05/13/10 |      | Taxi, Office to Court |  | 10.00 | 10.00 |
| 05/17/10 |      | Service, Mayo Sub., Dep. |  | 40.00 | 40.00 |
| 05/17/10 |      | Service, Mayo Sub., Trial |  | 40.00 | 40.00 |
| 05/17/10 |      | Zebroski Deposition |  | 914.25 | 914.25 |
| 05/17/10 |      | Trial Exhibits |  | 222.04 | 222.04 |
| 05/17/10 |      | Trial Exhibits |  | 63.07 | 63.07 |
| 05/27/10 |      | Gouak Dep. |  | 937.50 | 937.50 |
| 05/27/10 |      | Mayo Dep. |  | 622.50 | 622.50 |
| 05/27/10 |      | Lauinger Dep. |  | 735.00 | 735.00 |
| 06/29/10 |      | Projection Equipment for Trial |  | 1,130.71 | 1,130.71 |
| 06/29/10 |      | Trial Exs. to G. Egan |  | 15.95 | 15.95 |
|          |      | Total Reimbursable Expenses |  |  | 5,258.12 |

Total   $5,258.12