**EXHIBIT B**

## DECLARATION OF ANDREW F. ERBA, ESQUIRE

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania. I am associated with the law firm of Williams Cuker Berezofsky which is located at 1515 Market Street, Suite 1300 Philadelphia, PA 19102, where I specialize in employment discrimination, civil rights and other labor law related matters.

2. I am a member of the Connecticut, District of Columbia, Pennsylvania and New Jersey Bars, the Federal District Court for Connecticut, the Eastern District of Pennsylvania, the Third Circuit and the Federal Circuit and the Supreme Court of the United States. In addition I have tried cases in the Federal District Court for Delaware. As such, I am familiar with the level of practice of attorneys in all such courts.

3. My work has focused primarily upon causes of action under Title VII of the 1964 Civil Rights Act, Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, and the Due Process Clause of the Fourteenth Amendment. This included but was not limited to litigating several class actions, which opened the construction trades industry to minority workers.

4. I also have represented many individual clients in employment administrative hearings before the National Labor Relations Board, the State and Philadelphia Civil Service Commission, administrative hearings before the Equal Employment Opportunity Commission the Merit Systems Protection Board, the Unemployment Compensation Board of Review and in the Common Pleas, Superior, Commonwealth and Supreme Court of Pennsylvania.

5. During the past twenty-six years I have maintained an active litigation practice in both the Pennsylvania trial and appellate courts and the federal trial and appellate courts. In many of these cases, I am seeking or have sought and have been awarded,

either through court decree or settlement, statutory attorneys fees pursuant to the nation's civil rights laws or supported the right of other attorneys to obtain that relief.

6. I have made numerous presentations to legal audiences pertaining to various civil rights issues in the employment context, including but not limited to teaching at Continuing Legal Education Seminars on Employment practice.

7. As a result of my active civil rights and attorneys fees practice and teaching at seminars I am familiar with market rates for civil rights attorneys in the Philadelphia area.

8. Additionally, I am a member of the National Employment Lawyers Association, National organization and the Pennsylvania and New Jersey Chapters. In my capacity as a member of the Amicus Committee for NELA-EPA and NELA-NJ I have prepared a number of briefs on attorney fees issues and employment matters in the Pennsylvania and Federal Appellate Courts.

9. I am personally acquainted with Elliot B. Platt Esquire, and can directly comment upon the quality of his work. I have known and worked with Mr. Platt for years.

10. Mr. Platt is a skilled attorney in this area of the law and often is consulted by other attorneys on employment and litigation related matters. Among his peers he has an outstanding reputation.

11. Mr. Platt is a highly regarded attorney with an excellent reputation as a litigator in the legal community. Therefore, based upon my knowledge of market rates in the Philadelphia area, I can attest that the rates he is requesting in this case, $400.00 per hour, is well within the range of rates being charged by Philadelphia attorneys with similar levels of experience in this area of the law.

Executed this 11th day of April 2011, in Philadelphia, Pennsylvania.

This verified statement is taken pursuant to 28 U.S.C. § 1746, unsworn declarations under penalty of perjury and. are subject to the penalties provided therein.

      /s/ *Andrew F. Erba*
      Andrew F. Erba