**COMMUNITY LEGAL SERVICES, INC.**
**ATTORNEYS FEES - SCHEDULE OF HOURLY RATES**
**Effective April 1 2006**

| CATEGORY | RANGE OF HOURLY RATES |
|---|---|
| Attorneys with post-law school experience under 2 years | $150-170 |
| Attorneys with 2-5 years' experience | $160-200 |
| Attorneys with 6-10 years' experience | $200-230 |
| Attorneys with 11-15 years' experience | $240-300 |
| Attorneys with 16-20 years' experience | $275-$315 |
| Attorneys with 21-25 years' experience | $290-$330 |
| Attorneys with more than 25 years' experience | $325-410 |
| Law Students | $70-$120 |
| Paralegals I and II | $70 - $90 |
| Senior and Supervisory Paralegals | $90-$120 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data.

A-1

**Altman Weil Pensa**

November 6, 1996

FIELD(Name)
FIELD(Firm)
FIELD(Address1)
FIELD(Address2)
FIELD(City)

Dear FIELD(Dear):

On behalf of Community Legal Services, Inc. (CLS), the Committee on CLS Attorneys' Fees and Altman Weil Pensa, Inc., we would like to extend our appreciation to your law firm for participating in development of Philadelphia benchmark data for lawyers and paralegals in litigation practice areas for CLS.

Attached to this letter is a copy of the report that went to CLS, absent the attachments (solicitation letter, instructions and questionnaire).

Again, we thank you for your assistance.

Sincerely,


James D. Cotterman

JDC/emm

Enclosure

cc:    Committee of CLS Attorneys' Fees
       Harold I. Goodman
       Robert C. Heim
       Lorrie McKinley
       David Richman
       Suzanne E. Turner
       Stanley R. Wolfe
       Joanne Zack

San Francisco CA ▲ Westport CT ▲ Newtown Square PA ▲ Bellevue WA ▲ Racine WI ▲ Melbourne, Australia

A-2

# PHILADELPHIA LAW FIRM LITIGATION BILLING RATE SURVEY REPORT

Altman Weil Pensa, Inc., Community Legal Services, Inc., and the Committee on CLS Attorneys' Fees jointly participated in the development of the questionnaire and the solicitation of participants. Altman Weil Pensa conducted the study and prepared the findings.

The survey sought to determine the average and median billing rates by years of experience of litigation lawyers and paralegals in Philadelphia. A copy of the solicitation letter, instructions and questionnaire are appended to the report.

Questionnaires were sent to law firms with litigation practices, excluding personal injury and traditional insurance defense. The number of law firms in Philadelphia meeting those requirements are:

| Size of firm | Number | Respondents |
|---|---|---|
| Solos | 71 | 6 |
| 2-9 lawyers | 156 | 17 |
| 10-49 lawyers | 76 | 10 |
| 50-99 lawyers | 13 | 1 |
| 100 or more lawyers | 16 | 6 |
| Total | 332 | 40 |

The results of the survey are shown for lawyers by years of experience as measured from the earliest date of admission to practice. The Average billing rate is simply the arithmetic mean or the sum or total value of all observations divided by the number of observations. The Median billing rate is the middle or central number in a series of numbers arranged in order of value. There are equal numbers of smaller and larger observations.

## Participants in Litigation Practice Areas

| Number of Respondents | |
|---|---|
| 40 | Total number of firms responding |
| 375 | Partners/Shareholders |
| 344 | Associates |
| 16 | Counsel/Of Counsel |
| 122 | Paralegals |

1996 Philadelphia Law Firm Litigation Rate Survey For Community Legal Services, Inc.    Page 1    Prepared by Altman Weil Pensa, Inc.

### Billing Rates

Does your firm distinguish between litigation specialties in establishing hourly rates for individuals in a litigation practice?

**Lawyers**

| Percentage | No. of Respondents | |
|---|---|---|
| 15.0 | 6 | Yes |
| 77.5 | 31 | No |
| 7.5 | 3 | No response |

**Paralegals**

| Percentage | No. of Respondents | |
|---|---|---|
| 2.5 | 1 | Yes |
| 75.0 | 30 | No |
| 22.5 | 9 | No response |

### Hourly Rate Information

**Paralegal Hourly Rates**

| | | Hourly Rate | |
|---|---|---|---|
| Status | No. of Positions | Average | Median |
| Paralegal | 122 | $69 | $65 |

## All Lawyers by Experience

| Years of Experience | Hourly Rate | | |
|---|---|---|---|
| | No. of Positions | Average | Median |
| Under 2 Years | 74 | $113 | $115 |
| 2 or 3 Years | 94 | 137 | 140 |
| 4 or 5 Years | 62 | 151 | 155 |
| 6 or 7 Years | 56 | 169 | 180 |
| 8 to 10 Years | 91 | 185 | 200 |
| 11 to 15 Years | 116 | 206 | 205 |
| 16 to 20 Years | 89 | 235 | 245 |
| 21 or More Years | 144 | 265 | 275 |

*1996 Philadelphia Law Firm Litigation Rate Survey For Community Legal Services, Inc.*   Page 3   *Prepared by Altman Weil Pensa, Inc.*

## PARTICIPANTS WHO AGREED TO HAVE FIRM NAME INCLUDED IN LIST OF PARTICIPANTS FOR CLS SURVEY

Armando A. Pandola, P.C.
Anderson Greenfield & Dougherty Ltd.
Connolly Epstein Chicco Foxman Engelmyer & Ewing, P.C.
Cozen and O'Connor
Dechert Price & Rhoads
Dilworth, Paxson, Kalish & Kauffman, LLP
Durant & Durant
Freedman & Associates
Hecker Brown Sherry and Johnson
Jablon, Epstein, Wolf & Drucker, P.C.
Jacoby Donner, P.C.
Kohn, Swift & Graf, P.C.
Elinore O'Neill Kolodner
Gilda L. Kramer
Law Offices of Benjamin G. Lipman
Lovitz and Gold, P.C.
Michael E. Markovitz
Miller Dunham & Doering, P.C.
Morgan, Lewis & Bockius LLP
Neil A. Morris Associates, P.C.
Palmer Biezup & Henderson
Pepper, Hamilton & Scheetz
Samuel and Ballard, P.C.
Saul, Ewing, Remick & Saul
Schnader Harrison Segal & Lewis
Spear, Wilderman, Borish, Endy, Spear and Runckel
Spector Gadon & Rosen, P.C.
David V. Stivison
Sugarman & Associates
Synnestvedt & Lechner
Teeters & Harvey
Turner & McDonald, P.C.
Weir & Partners
Zaslow & Associates, P.C.

FIELDNAMES(Name;Firm;Address1;Address2;City;Dear)ENDRECORD

Armando A. Pandola, Jr., EsquireENDFIELD
Armando A. Pandola, P.C.ENDFIELD
The Carlton Business CenterENDFIELD
1819 J.F.K. Boulevard, Suite 400ENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. PandolaENDFIELD
ENDRECORD

Marjorie E. Greenfield, Attorney at LawENDFIELD
Anderson Greenfield & Dougherty Ltd.ENDFIELD
1100 Penn Mutual TowerENDFIELD
510 Walnut StreetENDFIELD
Philadelphia, PA  19106-3610ENDFIELD
Ms. GreenfieldENDFIELD
ENDRECORD

Barbara W. Freedman, Attorney at LawENDFIELD
Freedman & AssociatesENDFIELD
One South Penn Square, 17th FloorENDFIELD
ENDFIELD
Philadelphia, PA  19107ENDFIELD
Ms. FreedmanENDFIELD
ENDRECORD

Richard M. Gillis, Jr., EsquireENDFIELD
Law Office of Richard M. Gillis, Jr.ENDFIELD
Suite 1420 Robinson BuildingENDFIELD
Forty-Two South Fifteenth StreetENDFIELD
Philadelphia, PA  19102-2293ENDFIELD
Mr. GillisENDFIELD
ENDRECORD

David V. Stivison, EsquireENDFIELD
Law Office of David V. StivisonENDFIELD
870 North 30th StreetENDFIELD
ENDFIELD
Philadelphia, PA  19130-1104ENDFIELD
Mr. StivisonENDFIELD
ENDRECORD

Alan B. Epstein, EsquireENDFIELD
Jablon, Epstein, Wolf & DruckerENDFIELD
The Bellevue, Ninth FloorENDFIELD
Broad Street at WalnutENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. EpsteinENDFIELD
ENDRECORD

Joanne Zack, Attorney at LawENDFIELD
Kohn, Swift & Graf, P.C.ENDFIELD
Suite 2400, 1101 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA 19107ENDFIELD
JoanneENDFIELD
ENDRECORD

Richard P. Shappell, ControllerENDFIELD
Dilworth, Paxson, Kalish & Kauffman, LLPENDFIELD
3200 Mellon Bank CenterENDFIELD
1735 Market StreetENDFIELD
Philadelphia, PA 19103ENDFIELD
Mr. ShappellENDFIELD
ENDRECORD

Carla M. Chiaro, Recruitment CoordinatorENDFIELD
Cozen and O'Connor, P.C.ENDFIELD
1900 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA 19103ENDFIELD
Ms. ChiaroENDFIELD
ENDRECORD

Michael E. Markovitz, EsquireENDFIELD
Law Office of Michael E. MarkovitzENDFIELD
Suite 750 Curtis CenterENDFIELD
Sixth and Walnut StreetsENDFIELD
Philadelphia, PA 19106ENDFIELD
Mr. MarkovitzENDFIELD
ENDRECORD

Alan A. Turner, EsquireENDFIELD
Turner & McDonald, P.C.ENDFIELD
1725 Spruce StreetENDFIELD
ENDFIELD
Philadelphia, PA 19103ENDFIELD
Mr. TurnerENDFIELD
ENDRECORD

Janice A. Bryson, AdministratorENDFIELD
Synnestvedt & LechnerENDFIELD
2600 Aramark TowerENDFIELD
1101 Market StreetENDFIELD
Philadelphia, PA 19107-2950ENDFIELD
Ms. BrysonENDFIELD
ENDRECORD

Allen D. Black, EsquireENDFIELD
Fine, Kaplan and BlackENDFIELD
23rd Floor, 1845 Walnut StreetENDFIELD
ENDFIELD
Philadelphia, PA 19103ENDFIELD
Mr. BlackENDFIELD
ENDRECORD

William H. Black, Jr., EsquireENDFIELD
Hecker Brown Sherry and JohnsonENDFIELD
1700 Two Logan SquareENDFIELD
18th and Arch StreetsENDFIELD
Philadelphia, PA 19103ENDFIELD
Mr. BlackENDFIELD
ENDRECORD

Tracy McFadden, BookkeeperENDFIELD
Weir & PartnersENDFIELD
Suite 1200, Land Title BuildingENDFIELD
100 South Broad StreetENDFIELD
Philadelphia, PA 19110ENDFIELD
Ms. McFaddenENDFIELD
ENDRECORD

Gilda L. Kramer, Attorney at LawENDFIELD
Law Office of Gilda L. KramerENDFIELD
Suite 1100, 1500 Walnut StreetENDFIELD
ENDFIELD
Philadelphia, PA 19102ENDFIELD
Ms. KramerENDFIELD
ENDRECORD

Ronald J. Harper, EsquireENDFIELD
Harper & PaulENDFIELD
140 West Maplewood AvenueENDFIELD
ENDFIELD
Philadelphia, PA 19144ENDFIELD
Mr. HarperENDFIELD
ENDRECORD

Sidney L. Gold, EsquireENDFIELD
Lovitz and Gold, P.C.ENDFIELD
Eleven Penn CenterENDFIELD
1835 Market Street, Suite 515ENDFIELD
Philadelphia, PA 19103ENDFIELD
Mr. GoldENDFIELD
ENDRECORD

```
Robert J. Sugarman, EsquireENDFIELD
Sugarman & AssociatesENDFIELD
7th Floor, Robert Morris BuildingENDFIELD
100 North 17th StreetENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. SugarmanENDFIELD
ENDRECORD

Benjamin G. Lipman, EsquireENDFIELD
Law Office of Benjamin G. LipmanENDFIELD
15th Floor, 1525 Locust StreetENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. LipmanENDFIELD
ENDRECORD

Jerry Zaslow, EsquireENDFIELD
Zaslow & Associates, P.C.ENDFIELD
1700 Sansom Street, 11th FloorENDFIELD
ENDFIELD
Philadelphia, PA  19103-5219ENDFIELD
Mr. ZaslowENDFIELD
ENDRECORD

Henry J. Donner, EsquireENDFIELD
Jacoby Donner, P.C.ENDFIELD
Suite 2000, 1515 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. DonnerENDFIELD
ENDRECORD

Alice W. Ballard, Attorney at LawENDFIELD
Samuel and Ballard, P.C.ENDFIELD
225 South 15th Street, Suite 1700ENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Ms. BallardENDFIELD
ENDRECORD

Elinore O'Neill Kolodner, Attorney at LawENDFIELD
Law Office of Elinore O'Neill KolodnerENDFIELD
Suite 1519 Land Title BuildingENDFIELD
100 South Broad StreetENDFIELD
Philadelphia, PA  19110ENDFIELD
Ms. KolodnerENDFIELD
ENDRECORD
```

Edward M. Dunham, Jr., EsquireENDFIELD
Miller Dunham & Doering, P.C.ENDFIELD
1515 Market Street, Suite 1300ENDFIELD
ENDFIELD
Philadelphia, PA  19102-1913ENDFIELD
Mr. DunhamENDFIELD
ENDRECORD

Beth Mazur, Office AdministratorENDFIELD
Deasey, Mahoney & Bender, Ltd.ENDFIELD
Three Benjamin Franklin Parkway, Suite 1400ENDFIELD
ENDFIELD
Philadelphia, PA  19102-1374ENDFIELD
Ms. MazurENDFIELD
ENDRECORD

Betty Spolan, AdministratorENDFIELD
Spector Gadon & Rosen, P.C.ENDFIELD
29th Floor, 1700 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19103-3913ENDFIELD
Ms. SpolanENDFIELD
ENDRECORD

William M. Kennedy, AdministratorENDFIELD
Palmer Biezup & HendersonENDFIELD
Suite 956 Public Ledger BuildingENDFIELD
620 Chestnut Street - Independence Mall WestENDFIELD
Philadelphia, PA  19106-3409ENDFIELD
Mr. KennedyENDFIELD
ENDRECORD

Frank Hilt, Paralegal/Legal AssistantENDFIELD
Durant & DurantENDFIELD
12th Floor, 400 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19106ENDFIELD
Mr. HiltENDFIELD
ENDRECORD

Ralph N. Teeters, EsquireENDFIELD
Teeters & HarveyENDFIELD
Eleven Penn CenterENDFIELD
1835 Market StreetENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. TeetersENDFIELD
ENDRECORD

Ellen Freedman, Director of AdministrationENDFIELD
Connolly Epstein Chicco Foxman Engelmeyer & Ewing, P.C.ENDFIELD
Ninth Floor, 1515 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19102-1909ENDFIELD
Ms. FreedmanENDFIELD
ENDRECORD

Bruce E. Endy, EsquireENDFIELD
Spear, Wilderman, Borish, Endy, Spear and RunckelENDFIELD
230 South Broad Street, Suite 1400ENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. EndyENDFIELD
ENDRECORD

David I. Grunfeld, EsquireENDFIELD
Law Office of David I. GrunfeldENDFIELD
Second Floor, 1201 Chestnut StreetENDFIELD
ENDFIELD
Philadelphia, PA  19107-4827ENDFIELD
Mr. GrunfeldENDFIELD
ENDRECORD

David Unkovic, EsquireENDFIELD
Saul, Ewing, Remick & SaulENDFIELD
3800 Centre Square WestENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. UnkovicENDFIELD
ENDRECORD

Robert C. Heim, EsquireENDFIELD
Dechert Price & RhoadsENDFIELD
4000 Bell Atlantic TowerENDFIELD
1717 Arch StreetENDFIELD
Philadelphia, PA  19103-2793ENDFIELD
RobertENDFIELD
ENDRECORD

Neil A. Morris, EsquireENDFIELD
Neil A. Morris Associates, P.C.ENDFIELD
The Widener Building, Suite 1700ENDFIELD
1339 Chestnut StreetENDFIELD
Philadelphia, PA  19106ENDFIELD
Mr. MorrisENDFIELD
ENDRECORD

```
John Pooler, Chief Administrative OfficerENDFIELD
Pepper, Hamilton & ScheetzENDFIELD
3000 Two Logan SquareENDFIELD
Eighteenth and Arch StreetsENDFIELD
Philadelphia, PA  19103-2799ENDFIELD
Mr. PoolerENDFIELD
ENDRECORD

Hope A. Comisky, Attorney at LawENDFIELD
Anderson Kill & Olick, P.C.ENDFIELD
1600 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19103ENDFIELD
Ms. ComiskyENDFIELD
ENDRECORD

William L. Leonard, EsquireENDFIELD
Schnader Harrison Segal & LewisENDFIELD
Suite 3600, 1600 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19103-4252ENDFIELD
Mr. LeonardENDFIELD
ENDRECORD

Joseph A. Torregrossa, EsquireENDFIELD
Morgan, Lewis & Bockius LLPENDFIELD
2000 One Logan SquareENDFIELD
ENDFIELD
Philadelphia, PA  19103-6993ENDFIELD
Mr. TorregrossaENDFIELD
ENDRECORD
```

# THE 2001 SURVEY OF LAW FIRM ECONOMICS

## METROPOLITAN AREA REPORT

for

## PHILADELPHIA

Conducted by
**ALTMAN WEIL, INC.**
**CONSULTANTS TO THE LEGAL PROFESSION**

Published by
**ALTMAN WEIL PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
(610) 886-2000

Visit our website: http://www.altmanweil.com
Shop our new on-line store: https://store.altmanweil.com

| Suite 200 | Suite 535 | Suite 202 | 288 Bishopsgate |
| Two Campus Boulevard | 2121 N. California Boulevard | 8555 W. Forest Home Avenue | Longon, England EC2M QP |
| Newtown Square, PA 19073 | Walnut Creek, CA 94596 | Milwaukee, WI 53228 | 44 207- 959- 3012 |
| 610-886-2000 | 925-287-8211 | 414-427-5400 | |

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc. provided that the source and Altman Weil Publications, Inc., copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT 2001, ALTMAN WEIL PUBLICATIONS, INC., NEWTOWN SQUARE, PA 19073

*[handwritten: 11 firms, 350 attys]*

METROPOLITAN AREA
STANDARD HOURLY BILLING RATES--As of January 1, 2001
BY YEAR ADMITTED TO BAR

| Year Admitted | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Before 1950 | 2 | 2 | -- | -- | -- | -- | -- |
| 1950 - 1954 | 3 | 3 | -- | -- | -- | -- | -- |
| 1955 - 1959 | 2 | 3 | -- | -- | -- | -- | -- |
| 1960 - 1964 | 5 | 5 | -- | -- | -- | -- | -- |
| 1965 - 1969 | 10 | 23 | 299 | 260 | 330 | 350 | 383 |
| 1970 - 1974 | 12 | 31 | 285 | 250 | 275 | 335 | 360 |
| 1975 - 1979 | 15 | 37 | 273 | 240 | 290 | 320 | 338 |
| 1980 - 1984 | 21 | 58 | 248 | 198 | 265 | 310 | 330 |
| 1985 - 1989 | 22 | 83 | 223 | 170 | 225 | 265 | 316 |
| 1990 | 9 | 13 | 248 | -- | 245 | -- | -- |
| 1991 | 13 | 28 | 201 | 128 | 205 | 258 | 285 |
| 1992 | 8 | 19 | 218 | 195 | 250 | 265 | 270 |
| 1993 | 14 | 21 | 193 | 170 | 180 | 228 | 251 |
| 1994 | 13 | 18 | 192 | 164 | 180 | 215 | 260 |
| 1995 | 12 | 22 | 169 | 139 | 170 | 200 | 210 |
| 1996 | 13 | 26 | 169 | 150 | 173 | 186 | 225 |
| 1997 | 16 | 36 | 154 | 128 | 150 | 184 | 215 |
| 1998 | 15 | 37 | 158 | 135 | 160 | 178 | 205 |
| 1999 | 14 | 30 | 153 | 125 | 148 | 190 | 190 |
| 2000 | 12 | 28 | 142 | 129 | 140 | 173 | 175 |