# THE SURVEY OF LAW FIRM ECONOMICS, 2005 EDITION

Metropolitan Area Report

for

## Philadelphia, PA-NJ

Conducted by
**ALTMAN WEIL, INC.**
CONSULTANTS TO THE LEGAL PROFESSION

Published by
**ALTMAN WEIL • PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
(888) 782-7297, toll free in the U.S.
(610) 886-2025

Visit our website: http://www.altmanweil.com
Shop our on-line store: https://store.altmanweil.com

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc., copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT © 2005, ALTMAN WEIL • PUBLICATIONS, INC., NEWTOWN SQUARE, PA 19073

A-3

## METROPOLITAN AREA--Philadelphia, PA-NJ
## GROSS RECEIPTS, EXPENSES AND INCOME
## AVERAGE PER LAWYER

| Metro Analysis | Firms | Average Gross Receipts $ | Average Total Expense $ | Average Total Expense %* | Average Firm Income $ | Average Firm Income %* |
|---|---|---|---|---|---|---|
| ALL FIRMS | 5 | 367,102 | 151,554 | 41.3 | 215,548 | 58.7 |

*Percent of Gross Receipts

## METROPOLITAN AREA--Philadelphia, PA-NJ
## DETAILED EXPENSES
## AVERAGE PER LAWYER

| Metro Analysis | Paralegal Expense $ | Paralegal Expense %* | Staff Expense $ | Staff Expense %* | Occupancy Expense $ | Occupancy Expense %* | Equipment Expense $ | Equipment Expense %* |
|---|---|---|---|---|---|---|---|---|
| ALL FIRMS | 13,110 | 3.6 | 58,669 | 16.0 | 21,684 | 5.9 | 12,522 | 3.4 |

*Percent of Gross Receipts

## METROPOLITAN AREA--Philadelphia, PA-NJ
## DETAILED EXPENSES
## AVERAGE PER LAWYER

| Metro Analysis | Reference Expense $ | Reference Expense %* | Promotional Expense $ | Promotional Expense %* | Other Expense** $ | Other Expense** %* | Total Expense $ | Total Expense %* |
|---|---|---|---|---|---|---|---|---|
| ALL FIRMS | 5,170 | 1.4 | 9,201 | 2.5 | 31,198 | 8.5 | 151,554 | 41.3 |

*Percent of Gross Receipts
**Includes malpractice insurance premiums and settlements, payments to former partners, all other expenses not shown separately.

**METROPOLITAN AREA--Philadelphia, PA-NJ**
**INDIVIDUAL STATUS CODES**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2005

| Metro Analysis | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Equity Partner/Shareholder | 14 | 150 | 336 | 290 | 340 | 395 | 415 |
| Non-Equity Partner | 13 | 87 | 278 | 240 | 295 | 330 | 363 |
| Associate Lawyer | 14 | 220 | 190 | 155 | 185 | 220 | 260 |
| Of Counsel | 7 | 15 | 306 | – | 300 | – | – |

**METROPOLITAN AREA--Philadelphia, PA-NJ**
**YEAR ADMITTED TO BAR**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2005

| Metro Analysis | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1962 - 1966 | 5 | 14 | 400 | – | 405 | – | – |
| 1967 - 1971 | 8 | 16 | 361 | – | 360 | – | – |
| 1972 - 1976 | 9 | 36 | 346 | 295 | 345 | 400 | 418 |
| 1977 - 1981 | 11 | 41 | 323 | 288 | 325 | 388 | 400 |
| 1982 - 1986 | 13 | 51 | 306 | 255 | 310 | 360 | 395 |
| 1987 - 1991 | 13 | 62 | 271 | 240 | 285 | 330 | 349 |
| 1992 - 1996 | 13 | 78 | 237 | 199 | 248 | 286 | 325 |
| 1997 - 2001 | 13 | 107 | 188 | 165 | 190 | 210 | 250 |
| 2002 | 8 | 22 | 167 | 155 | 173 | 180 | 190 |
| 2003 | 5 | 24 | 161 | 150 | 163 | 175 | 178 |
| 2004 | 5 | 10 | 143 | – | – | – | – |

## METROPOLITAN AREA–Philadelphia, PA-NJ
## YEARS OF LEGAL EXPERIENCE
## STANDARD HOURLY BILLING RATES
### As of January 1, 2005

| Metro Analysis | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Under 2 Years | 7 | 35 | 156 | 150 | 160 | 175 | 175 |
| 2 or 3 Years | 11 | 47 | 167 | 150 | 170 | 185 | 195 |
| 4 or 5 Years | 9 | 48 | 185 | 166 | 190 | 214 | 235 |
| 6 or 7 Years | 12 | 34 | 207 | 185 | 198 | 239 | 268 |
| 8 to 10 Years | 11 | 47 | 232 | 200 | 235 | 275 | 312 |
| 11 to 15 Years | 11 | 70 | 255 | 215 | 270 | 321 | 340 |
| 16 to 20 Years | 14 | 58 | 292 | 255 | 295 | 350 | 390 |
| 21 to 30 Years | 11 | 78 | 333 | 290 | 338 | 391 | 411 |
| 31 or More Years | 10 | 47 | 359 | 305 | 370 | 410 | 487 |

## METROPOLITAN AREA--Philadelphia, PA-NJ
### INDIVIDUAL STATUS CODES
### ANNUAL CLIENT (BILLABLE) HOURS WORKED

| Metro Analysis | Number of Offices | Number of Lawyers | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Equity Partner/Shareholder | 13 | 128 | 1,764 | 1,604 | 1,728 | 1,905 | 2,116 |
| Non-Equity Partner | 13 | 63 | 1,841 | 1,647 | 1,808 | 1,985 | 2,345 |
| Associate Lawyer | 12 | 138 | 1,866 | 1,779 | 1,909 | 2,039 | 2,217 |

## METROPOLITAN AREA--Philadelphia, PA-NJ
### YEAR ADMITTED TO BAR--Partners/Shareholders (Equity/Non-Equity)
### ANNUAL CLIENT (BILLABLE) HOURS WORKED

| Metro Analysis | Number of Offices | Number of Lawyers | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| 1967 - 1971 | 7 | 11 | 1,676 | -- | 1,553 | -- | -- |
| 1972 - 1976 | 8 | 28 | 1,636 | 1,507 | 1,636 | 1,876 | 1,956 |
| 1977 - 1981 | 9 | 29 | 1,778 | 1,583 | 1,737 | 1,888 | 2,229 |
| 1982 - 1986 | 13 | 40 | 1,846 | 1,641 | 1,770 | 1,975 | 2,539 |
| 1987 - 1991 | 11 | 48 | 1,884 | 1,705 | 1,867 | 2,075 | 2,334 |
| 1992 - 1996 | 10 | 24 | 1,865 | 1,683 | 1,827 | 2,015 | 2,186 |

**METROPOLITAN AREA--Philadelphia, PA-NJ**
**YEAR ADMITTED TO BAR--Associate/Staff Lawyers**
**ANNUAL CLIENT (BILLABLE) HOURS WORKED**

| Metro Analysis | Number of Offices | Number of Lawyers | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| 1992 - 1996 | 8 | 33 | 1,880 | 1,820 | 1,909 | 1,994 | 2,143 |
| 1997 - 2001 | 11 | 72 | 1,880 | 1,789 | 1,928 | 2,092 | 2,228 |
| 2002 | 6 | 14 | 1,831 | -- | 1,836 | -- | -- |

## METROPOLITAN AREA–Philadelphia, PA-NJ
### INDIVIDUAL STATUS CODES
### TOTAL COMPENSATION

| Metro Analysis | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|
| | | | | TOTAL COMPENSATION | | | |
| Equity Partner/Shareholder | 14 | 167 | 416,768 | 265,553 | 372,552 | 518,184 | 699,603 |
| Non-Equity Partner | 14 | 97 | 200,500 | 162,892 | 193,890 | 232,266 | 274,750 |
| Associate Lawyer | 11 | 137 | 129,129 | 110,255 | 127,031 | 145,305 | 160,794 |
| Of Counsel | 5 | 10 | 172,460 | — | — | — | — |

## METROPOLITAN AREA--Philadelphia, PA-NJ
## YEAR ADMITTED TO BAR--Partners/Shareholders (Equity/Non-Equity)
## TOTAL COMPENSATION

| Metro Analysis | Number of Offices | Number of Lawyers | Average $ | TOTAL COMPENSATION | | | |
|---|---|---|---|---|---|---|---|
| | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1967 - 1971 | 8 | 16 | 427,226 | — | 429,948 | — | — |
| 1972 - 1976 | 10 | 39 | 407,338 | 232,265 | 346,702 | 471,793 | 640,991 |
| 1977 - 1981 | 11 | 46 | 403,809 | 267,044 | 376,151 | 524,071 | 721,986 |
| 1982 - 1986 | 14 | 54 | 372,645 | 203,889 | 310,611 | 497,325 | 682,744 |
| 1987 - 1991 | 13 | 59 | 249,229 | 181,818 | 217,056 | 287,853 | 347,851 |
| 1992 - 1996 | 11 | 36 | 199,513 | 163,636 | 190,476 | 216,107 | 282,256 |

## METROPOLITAN AREA--Philadelphia, PA-NJ
## YEAR ADMITTED TO BAR--Associates/Staff Lawyers
## TOTAL COMPENSATION

| Metro Analysis | Number of Offices | Number of Lawyers | Average $ | TOTAL COMPENSATION | | | |
|---|---|---|---|---|---|---|---|
| | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1992 - 1996 | 8 | 33 | 151,381 | 130,892 | 151,248 | 161,143 | 184,279 |
| 1997 - 2001 | 10 | 71 | 122,814 | 107,344 | 127,686 | 140,468 | 149,194 |
| 2002 | 6 | 14 | 110,149 | — | 116,218 | — | — |

## METROPOLITAN AREA--Philadelphia, PA-NJ
## PERSONNEL RATIOS*

| Metro Analysis | Ratio |
|---|---|
| Associates to Partner/Shareholders | .90 |
| Paralegals to Lawyers | .23 |
| Number of Firms | 5 |

*.71 is equivalent to 71 associates per 100 partners/shareholders.

## METROPOLITAN AREA--Philadelphia, PA-NJ
### PARTICIPANTS BY SIZE OF FIRM
### FOR FINANCIAL ANALYSIS

| Size of Firm | | Number of Firms | Percent of Firms |
|---|---|---|---|
| | 9 to 20 Lawyers | 2 | 40.0% |
| | 41 to 75 Lawyers | 1 | 20.0% |
| | 76 to 150 Lawyers | 2 | 40.0% |
| Total | | 5 | 100.0% |

## METROPOLITAN AREA--Philadelphia, PA-NJ
### PARTICIPANTS BY SIZE OF FIRM
### BILLING RATE ANALYSIS

| Size of Firm | | Number of Firms | Percent of Firms |
|---|---|---|---|
| | 9 to 20 Lawyers | 2 | 18.2% |
| | 41 to 75 Lawyers | 3 | 27.3% |
| | 76 to 150 Lawyers | 4 | 36.4% |
| | Over 150 Lawyers | 2 | 18.2% |
| Total | | 11 | 100.0% |

## METROPOLITAN AREA--Philadelphia, PA-NJ
### PARTICIPANTS BY SIZE OF FIRM
### BILLABLE HOURS ANALYSIS

| Size of Firm | | Number of Firms | Percent of Firms |
|---|---|---|---|
| | 9 to 20 Lawyers | 2 | 18.2% |
| | 41 to 75 Lawyers | 3 | 27.3% |
| | 76 to 150 Lawyers | 4 | 36.4% |
| | Over 150 Lawyers | 2 | 18.2% |
| Total | | 11 | 100.0% |

## METROPOLITAN AREA--Philadelphia, PA-NJ
## PARTICIPANTS BY SIZE OF FIRM
## COMPENSATION ANALYSIS

| Size of Firm | | Number of Firms | Percent of Firms |
|---|---|---|---|
| | 9 to 20 Lawyers | 2 | 16.7% |
| | 41 to 75 Lawyers | 3 | 25.0% |
| | 76 to 150 Lawyers | 4 | 33.3% |
| | Over 150 Lawyers | 3 | 25.0% |
| Total | | 12 | 100.0% |

## METROPOLITAN AREA--Philadelphia, PA-NJ
## PARTICIPANTS BY SIZE OF FIRM
## FOR PERSONNEL RATIO ANALYSIS

| Size of Firm | | Number of Firms | Percent of Firms |
|---|---|---|---|
| | 9 to 20 Lawyers | 2 | 40.0% |
| | 41 to 75 Lawyers | 1 | 20.0% |
| | 76 to 150 Lawyers | 2 | 40.0% |
| Total | | 5 | 100.0% |