

Michael E. Kunz
Clerk

Clerk's Office
Room 2609
(215) 597-7704

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
Independence Mall West
601 Market Street
Philadelphia, PA  19106

April 27, 2011

Gerard P. Egan, Esquire
Egan Young
526 Township Line Road, Suite 100
Blue Bell, PA  19422

RE: Katherine Zebroski v. Johanna Gouak, et al.
    Civil Action No. 09-1857

Dear Mr. Egan:

I am returning the following exhibits in the above-captioned matter:   D1 through D48.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

Encl.
cc: Clerk of Court for filing


PLEASE SIGN AND RETURN THIS LETTER AS A RECEIPT FOR THE RETURN OF THE ABOVE EXHIBITS.

Signature: _____

Date: _____

Civ 6 (8/80)