IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ZEBROSKI | : | |
| | : | Civil Action |
| v. | | |
| | : | No. 09-1857 |
| JOHANNA GOUAK, *et al.* | : | JURY TRIAL DEMANDED |

**SUPPLEMENTAL DECLARATION OF ELLIOT B. PLATT IN SUPPORT OF
PLAINTIFF'S MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS**

1. I am counsel to Katherine Zebroski, Plaintiff in this case.

2. This Declaration is in support of the Motion for Allowance of Attorney's Fees and Costs (the Motion) that I filed on behalf of Ms. Zebroski on April 11, 2011.

3. In the Motion, I itemized the following costs:

| | | |
|---|---|---:|
| a. | Filing Fee, Complaint | 350.00 |
| b. | Xerox, Kaufman J. Procedures (Required to be served with Comp.) | 6.75 |
| c. | Xerox, Complaint for Service | 3.15 |
| d. | Service of Complaint | 75.00 |
| e. | Witness Fee, F. Mayo Dep. | 40.00 |
| f. | Witness Fee, F. Mayo Trial | 40.00 |
| g. | Taxi to Court for Trial | 7.20 |
| h. | Taxi to Office from Trial | 5.00 |
| i. | Service, May Dep. Subpoena | 40.00 |
| j. | Service, Mayo Trial Subpoena | 40.00 |
| k. | Zebroski Dep. Subpoena | 914.25 |
| l. | Xerox, Trial Exhibits | 222.04 |
| m. | Xerox, Document Production | 63.07 |
| n. | Gouak Deposition Transcript | 937.50 |
| o. | May Deposition Transcript | 622.50 |
| p. | Lauinger Deposition Transcript | 735.00 |
| q. | Projection Equipment for Trial | 1,130.71 |
| r. | Federal Express, Trial Exs. to G. Egan | 15.95 |

       Total                                     $5,258.12

4. Appended hereto as Exhibit A are copies of invoices for all the costs claimed except in-office xeroxing, witness fees and taxi rides.

5. I do not get separate receipts for in-office xeroxing. I charge 15 cents per page for in-office xeroxing, which is reasonable.

6. I do not have have receipts for the witness fees. They were paid by check to Francis Mayo. Forty dollars per day is the statutory witness fee.

7. I do not have receipts for the taxi rides. The amounts incurred are common and reasonable for the trip between my office and the Court.

8. In reviewing the invoices, I realized that the cost of service of subpoenas on Francis Mayo was understated. As the attached show, the costs were $55.00 for service for Mr. Mayo's deposition and $65.00 for service for trial. The trial subpoena had to be served as a rush because Mr. Mayo was going on vacation.

9. Adding the correct amount for serving Mr. Mayo, the total costs were $5,298.12.

10. After reduction of the costs as set out in the Motion, the total costs claimed is $4,780.77.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2011

                                                  __s/ Elliot B. Platt_____
                                                  ELLIOT B. PLATT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed electronically and is available for viewing and downloading from the ECF system.

Date: May 9, 2011                 s/ Elliot B. Platt
                                           ELLIOT B. PLATT
                                           Attorney for Plaintiff