**Exhibit A**

```
Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE000007
Cashier ID: stomas
Transaction Date: 05/01/2009
Payer Name: Elliott B. Platt
------------------------------------
CIVIL FILING FEE
 For: Elliott B. Platt
 Case/Party: D-PAE-2-09-CV-001857-001
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


Only when bank clears the check,
money order, or verifies credit of
```

**B&R**
Services for Professionals Inc.

FED ID # 23-1867085

• Court Filing • Process Serving • Court Reporting •

235 SOUTH 13TH STREET   PHILADELPHIA, PA 19107   (215) 546-7400   FAX: (215) 985-0169

# INVOICE
### Process Serving

PAGE   1

| | |
|---|---|
| 564-5551<br>Elliott B. Platt, Esquire<br>Elliot B. Platt, Esquire<br>Suite 1930, Two Penn Center<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102 | Katherine Zebroski<br>-vs-<br>Johanna Gouak, et al<br>09-1857 |

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE   5/14/2009
INVOICE NO   PS010418A
DUE DATE

NET DUE   75.00

**FOR SERVICES RENDERED**                                                   **AMOUNT**

| | | | |
|---|---|---|---|
| PS010418-1 | Country Flavor, Inc. | Summons / Complaint / Notice of Right to Consent / Notice / Attachment(s) | 55.00 |
| PS010418-2 | Erwin Lauinger c/o Erwin's Country Kitchen | Summons / Complaint / Notice of Right to Consent / Notice / Attachment(s) | 10.00 |
| PS010418-3 | Johanna Gouak c/o Erwin's Country Kitchen | Summons / Complaint / Notice of Right to Consent / Notice / Attachment(s) | 10.00 |

We appreciate your business.

TOTAL   75.00
PREPAYMENT   0.00
NET DUE   75.00

**TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days**
Kindly refer to Invoice Number to assure proper credit of your payment.



FED ID # 23-1867085

**B&R Services for Professionals Inc.**

• Court Filing • Process Serving • Court Reporting •

235 SOUTH 13TH STREET   PHILADELPHIA, PA  19107   (215) 546-7400   FAX: (215) 985-0169

## STATEMENT

| | |
|---|---|
| PAGE | 1 |
| DATE | 4/1/2010 |
| ACCOUNT NO | 564-5551 |
| TERMS | Net 30 Days |

Elliot B. Platt, Esquire
Suite 1930, Two Penn Center
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102

| ATTORNEY | CASE | INVOICE NO | DATE | BALANCE |
|---|---|---|---|---|
| Elliott B. Platt, Esquire | 09-1857 Katherine Zebroski -vs- Johanna Gouak, et al | PS011978A | 3/30/2010 | 55.00 |

To Avoid Additional Charges Pay By Closing Date 4/1/2010        **AMOUNT DUE**        55.00

**TERMS:  NET 30 DAYS - $7.50 MONTHLY SERVICE CHARGE ADDED EACH MONTH AFTER 30 DAYS
KINDLY REFER TO INVOICE NUMBER TO ASSURE PROPER CREDIT OF YOUR PAYMENT.**



FED ID # 23-1867085

**B&R**
Services for Professionals Inc.

• Court Filing • Process Serving • Court Reporting •

235 SOUTH 13TH STREET   PHILADELPHIA, PA 19107   (215) 546-7400   FAX: (215) 985-0169

# INVOICE
## Process Serving

PAGE   1

| | |
|---|---|
| 564-5551<br>Elliott B. Platt, Esquire<br>Elliot B. Platt, Esquire<br>Suite 1930, Two Penn Center<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102 | Katherine Zebroski<br>-vs-<br>Johanna Gouak, et al<br>09-1857 |

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE   5/4/2010
INVOICE NO     PS012151A
DUE DATE

NET DUE           65.00

**FOR SERVICES RENDERED**                                                                 **AMOUNT**

PS012151-1   Francis L. Mayo ("Frank the Accountant")       Subpoena / $40.00 Witness Fee         65.00
             PROCESS SERVING - RUSH FEE (ZONE 1+2)

We appreciate your business.

TOTAL          65.00
PREPAYMENT      0.00
NET DUE        65.00

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc       Return this portion of Invoice for proper credit.
235 South 13th Street
Philadelphia, PA 19107                                                    NET DUE       65.00
215-546-7400

CUST ID         564-5551       Elliot B. Platt, Esquire
INVOICE NO      PS012151A
INVOICE DATE    5/4/2010
CASE ID         09-1857
                Katherine Zebroski
                Johanna Gouak, et al

**TERMS: NET 30 DAYS - $7.50 MONTHLY SERVICE CHARGE ADDED EACH MONTH AFTER 30 DAYS**      Proces
**KINDLY REFER TO INVOICE NUMBER TO ASSURE PROPER CREDIT OF YOUR PAYMENT.**

LISA MARIE CAPALDO
CAPALDO COURT REPORTING
1981 Clearview Avenue
Norristown, PA 19403
(610) 213-6006

Invoice to:

ELLIOT B. PLATT, ESQUIRE
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102


Date of Invoice: 4/26/10
Date Taken: 4/13/10
Caption:  KATHERINE ZEBROSKI VS. JOHANNA GOUAK
Location:     EGAN YOUNG
              526 E. Township Line Road,
              Suite 100
              Blue Bell, PA 19422



Transcript of:  Katherine Zebroski – Copy
                327 Pages @ $2.75/pg = $899.25




Shipping and Handling:              $15.00


                              TOTAL:  $914.25

Payment is Due Upon Receipt.  Thank You!


- Please make check payable to Lisa Marie Capaldo
  Tax ID #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



Two Penn Center Plaza
1500 J.F.K. Boulevard
Suite 410
Philadelphia, PA  19102
Tel: 267-256-0716

| DATE | INVOICE # |
|---|---|
| 4/12/2010 | 27746 |

| INVOICE TO: |
|---|
| Law Office of Elliot Platt<br>Two Penn Center Suite 1930<br>1500 JFK Blvd.<br>Philadelphia, PA 19102<br>Attn: Elliot Platt |

| Ordered By / Reference Case # |
|---|
| Attn: Elliot Platt<br>Re: Zebroski |

| Billing Reference | Project Number | Terms | Rep. |
|---|---|---|---|
| Zebroski | 10-04-036 | Net 30 | EG |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,869 | Heavy Litigation Copying | 0.11 | 205.59T |

Ask about our NEW Online Review Tool for E-Discovery

| | |
|---|---|
| Subtotal | $205.59 |
| Sales Tax (8.0%) | $16.45 |
| Total | $222.04 |

REMIT TO:
Impact Copy
1952 East Allegheny Avenue, Suite 200
Philadelphia, PA 19134.

Federal Tax ID # 23-2087348



Two Penn Center Plaza
1500 J.F.K. Boulevard
Suite 410
Philadelphia, PA  19102
Tel:  267-256-0716

| DATE | INVOICE # |
|---|---|
| 11/19/2009 | 26363 |

**INVOICE TO:**

Law Office of Elliot Platt
Two Penn Center Suite 1930
1500 JFK Blvd.
Philadelphia, PA 19102
Attn: Elliot Platt

**Ordered By / Reference Case #**

Elliot Platt
Re: Zebroski

| Billing Reference | Project Number | Terms | Rep. |
|---|---|---|---|
| Zebroski | 09-11-209 | Net 30 | EG |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 142 | Scan to PDF | 0.12 | 17.04T |
| 24 | Glasswork/Hand Placement (Copy Checks for Scan) | 0.18 | 4.32T |
| 142 | Bates Endorsing | 0.02 | 2.84T |
| 142 | Digital Blowback | 0.10 | 14.20T |
| 1 | Create CD Master | 20.00 | 20.00T |

Thank you for your business.

| | |
|---|---|
| Subtotal | $58.40 |
| Sales Tax (8.0%) | $4.67 |
| **Total** | **$63.07** |

REMIT TO:
Impact Copy
1952 East Allegheny Avenue, Suite 200
Philadelphia, PA 19134.

Federal Tax ID #  23-2087348



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-109-18821 | Jun 01, 2010 | 2022-5525-6 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** May 05, 2010  **Cust. Ref.:** Zebroski   **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Elliot Platt | Gerard P. Egan | |
| Tracking ID | 793513413619 | ELLIOT B. PLATT, ESQ | Egan Young | |
| Service Type | FedEx Standard Overnight | SUITE 1930 TWO PENN CENTER PLA | 526 TOWNSHIP LINE RD STE 100 | |
| Package Type | FedEx Envelope | PHILADELPHIA PA 19102 US | BLUE BELL PA 19422 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 06, 2010 12:44 | | | |
| Svc Area | A2 | Transportation Charge | | 14.70 |
| Signed by | J.ZHILLY | Fuel Surcharge | | 1.25 |
| FedEx Use | 000000000/0000200/_ | Total Charge | USD | $15.95 |

| | Shipper Subtotal | USD | $15.95 |
|---|---|---|---|
| | Total FedEx Express | USD | $15.95 |

