IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE ZEBROSKI,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOHANNA GOUAK,** *et al.*, | : | |
| Defendants. | : | No. 09-1857 |

**O R D E R**

**AND NOW**, this 11th day of August, 2011, upon consideration of Plaintiff Katherine Zebroski's Motion for Attorney Fees and Costs (Docket No. 50), Defendants' Response in Opposition (Docket No. 51), and the supplemental declarations and memoranda filed by both parties (Docket Nos. 55, 57, 59, 60), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff is awarded attorney fees in the amount of $26,766 and costs in the amount of $5,298.12, for a total of $32,064.12. Judgment is therefore entered in favor of Plaintiff Katherine Zebroski and against Defendants in the sum of $32,064.12.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE